UNITED STATES ATTORNEY

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

APR - 1 2021  DJM

Nathan Ochsner, Clerk
Laredo Division

---

CLERK UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISON

---

**CC. U.S. CUSTOMS & BORDER PROTECTION**

---

**IN THE MATTER OF**              5:21-MC-32
**JESUS RUIZ**

---

**CRIMINAL COMPLAINT & NUNC PRO TUNC MOTION**

---

Before the United States Attorney' Office is Plaintiff JESUS RUIZ acting Pro Se pursuant the Sixth Amendment of the United States Constitution and Treaties. files the foregoing COMPLAINT and in support thereof would show as follow:

I

Plaintiff is an American Citizen and resident on both side of the US MX border. (Laredo Texas and Nuevo Laredo Tamaulipas Mexico) Plaintiff never has been residing on any other State of the United States neither

possesses any interest rather those imposed by law.

## II

Since 2009, the Social Security Administration has been informing Plaintiff that an unknown individual is using his personal information and Social Security Number with the purpose to obtain employment and income in the United States. See **EXHIBIT A.**

As result of said illegal actions taken against Plaintiff, on several occasions Plaintiff has been arrested by CBP Officers at the Port of Entry Laredo Texas on account of delinquent payments owed to the IRS, which in fact the same Tax Collection Office advise Plaintiff of being victim of Identity theft. See, **EXHIBIT A.**

## III

## **IDENTITY THEFT**

Under Identity Theft and Assumption Deterrence Act, it is a Fedreral Crime when a person knowingly transfers or uses, without lawful authority, a means of identification of another person with the intent to commit, or to aid to abet, any unlawful activity that constitute a violation of Federal Law, or that constitutes a felony under any application State or local law.

This law was followed by the Theft Penalty Enhancement Act in 2004 which increased penalties for "Aggravated" Identity Theft requiring courts to impose additional sentences of two (2) years for general offenses and five (5) years for Terrorism related offenses. **18 USC Section 1028(A). Aggravated Identity Theft.**

## CONCLUSION AND PRAYER

Plaintiff-Complainant, JESUS RUIZ, has been irreparable injured by unknown individuals who repeatedly and with callous disregard for the law and statutes have been using his personal information and Social Security Number to obtain Tax Credits, and debts for several thousands of Dollar, for which Plaintiff prays the following:

1. Plaintiff prays the U.S. Attorney file this complaint against who result the offender and responsible for said federal crime pursuant to 18 USC Section 1028(A).
2. Plaintiff prays the U.S. Attorney and CBP Officers Laredo District GRANT this NUNC PRO TUNC Motion by correcting any erroneous information filed against Plaintiff for which Plaintiff has been repeatedly arrested at the Port of Entry Laredo Texas.
3. Plaintiff prays the Clerk of the U.S. District Laredo Division file this Complaint and Motion with proper U.S. Attorney' Office/District

In abeyance of relief sought. Respectfully submitted:

_____
JESUS RUIZ

PLAINTIFF/COMPLAINANT

## CERTIFICATE OF SERVICE

I, JESUS RUIZ, Plaintiff-Complainant herein certify under penalty of perjury that the foregoing instrument ***Complaint and Nunc Pro Tunc Motion*** are true and correct and was transmitted to the U.S. Attorney´s Office 11204 McPherson Rd#100a, Laredo Texas 78040 with copy to the United States District Court Southern District of Texas 1300 Victoria St. Laredo Texas 78040 and U.S. Custom and Borders Protection 109 Shilon Dr. Suite 300 Laredo Texas 78045.

Signed and dated>: March 28th 2021.

_____
JESUS RUIZ
PALINTIFF/COMPLAINANT
1606 E. HILLSIDE ROAD
LAREDO TEXAS 78041-3306

JESUS RUIZ
1606 E. HILLSIDE RD
LAREDO TX 78041-3306




U.S. POSTAGE PAID
FCM LG ENV
LAREDO, TX
78041
MAR 30, 21
AMOUNT
$5.00
R2304E106150-02

MAIN POST O
MAR 30 2021
LAREDO TX 78041



CERTIFIED MAIL

7020 2450 0001 3481 2782

United States Courts
Southern District of Texas
RECEIVED

APR -1 2021 DJM

Nathan Ochsner, Clerk
Laredo Division

Clerk U.S. District
Court
Southern District of
Texas
1300 Victoria St.
Laredo TX 78040

LEGAL MAIL